■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY BENNETT, JR., Appellant. [786 NYS2d 761]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered February 26, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Kehoe, Smith and Hayes, JJ.